# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STACEY A. AUSTIN, MELISSA GRIFFIN,
SHAWNA PRICE, TAMELA T. ROME, and
those similarly situated,

    Plaintiffs,

vs.                                         CASE NO. 3:09-cv-480/RS-EMT

GRANDVIEW RETIREMENT CENTER,
INC., RUSHAN CORPORATION,
RUSSELL L. HARRIS, and SHANNON R.
HARRIS,

    Defendants.
_____/

## ORDER

Before me is the Notice of Settlement (Doc. 62). Pursuant to Local Rule 16.2(D), it is ordered:

1. This case is dismissed from the active docket of the court.

2. In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty (60) days of the date of this Order, to amend or vacate and set aside this Order and to reinstate the case.

3. The clerk is directed to close the case file for administrative purposes, and upon the expiration of sixty (60) days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on May 11, 2010.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**