IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACEY A. AUSTIN, MELISSA GRIFFIN,
SHAWNA PRICE, TAMELA T. ROME, and
those similarly situated,

    Plaintiffs,

vs.                              CASE NO. 3:09-cv-480/RS-EMT

GRANDVIEW RETIREMENT CENTER,
INC., RUSHAN CORPORATION,
RUSSELL L. HARRIS, and SHANNON R.
HARRIS,

    Defendants.
_____/

## ORDER

Before me is Defendants' Motion to Enforce Settlement (Doc. 64).

**IT IS ORDERED:**

1. Consideration of Defendants' Motion (Doc. 64) is **deferred** until the fourteen-day response period set by N.D. Fla. Loc. R. 7.1(C) has expired. Plaintiffs' counsel is directed to timely file a response to Defendants' motion within the fourteen-day response period.

2. The parties shall file the executed Settlement Agreements with the court not later than **July 2, 2010.**

**ORDERED** on June 25, 2010.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**