IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACEY A. AUSTIN; MELISA GRIFFIN;
SHAWNA PRICE; and TAMELA T. ROME,

    Plaintiffs,

vs.                                                          CASE NO. 3:09cv480/RS-EMT

GRANDVIEW RETIREMENT CENTER,
INC.; RUSHAN CORPORATION;
SHANNON R. HARRIS; and RUSSELL
L. HARRIS,

    Defendants.
_____/

## ORDER

Before me is Defendants' Motion To Enforce Settlement (Doc. 64).

**IT IS ORDERED:**

1. Defendants' Motion To Enforce Settlement is **denied**. The clerk is directed to reinstate this case to the active docket.

2. This case is scheduled for a jury trial in Pensacola, Florida, at 8:30 a.m. on September 27, 2010.

**ORDERED** on July 8, 2010.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**