IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACEY A. AUSTIN; MELISA GRIFFIN;
SHAWNA PRICE; and TAMELA T. ROME,

    Plaintiffs,

vs.                                            CASE NO. 3:09cv480/RS-EMT

GRANDVIEW RETIREMENT CENTER,
INC.; RUSHAN CORPORATION;
SHANNON R. HARRIS; and RUSSELL
L. HARRIS,

    Defendants.
_____/

## ORDER

The Joint Stipulation and Settlement Agreement (Doc. 70) refers in Paragraph VI (1) to "A true and correct copy of the parties' settlement agreements are attached under seal hereto as composite exhibit A."

Paragraph VI(f) recites "The exhibit to the Stipulation is submitted under seal and is material and integral parts hereof and are fully incorporated herein by this reference."

Paragraph VI(l) states "This Stipulation and sealed exhibits thereto represent the entire Agreement....". Sealed exhibits were not filed electronically as required with the Stipulation, but photocopies were submitted by mail separate from the Stipulation.

No explanation is provided in the Stipulation for sealing exhibits; nor does the Stipulation expressly request that the hard copy exhibits be sealed.

**IT IS ORDERED** that the clerk shall return the four photocopied Settlement And Confidentiality Agreements And General Releases to Plaintiffs' counsel. Absent an

appropriate showing of the necessity, the documents shall not be filed under seal. The parties shall have the option of refiling these documents electronically. However, they will not be filed under seal.

**ORDERED** on July 30, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**